1  MATTHEW D. POWERS (Bar No. 104795)
   matthew.powers@weil.com
2  CHRISTOPHER J. COX (Bar No. 151650)
   chris.cox@weil.com
3  JOSEPH H. LEE (Bar No. 248046)
   joseph.lee@weil.com
4  WEIL, GOTSHAL & MANGES LLP
   Silicon Valley Office
5  201 Redwood Shores Parkway
   Redwood Shores, CA 94065
6  Telephone: (650) 802-3000
   Facsimile: (650) 802-3100
7
   Attorneys for Plaintiff
8  Tiny Prints, Inc.

9                UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                     SAN JOSE DIVISION

12  Tiny Prints, Inc.,                    Case No. C08 02050 MEJ

13              Plaintiff,                PLAINTIFF TINY PRINTS, INC.'S
                                          CIVIL LOCAL RULE 3-16
14       v.                               CERTIFICATION OF INTERESTED
                                          ENTITIES OR PERSONS
15  Shutterfly, Inc.,

16              Defendant.

17

18       Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed

19  persons, associations of persons, firms, partnerships, corporations (including parent corporations)

20  or other entities (i) have a financial interest in the subject matter in controversy or in a party to the

21  proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be

22  substantially affected by the outcome of this proceeding: Kelly Berger; Laura Ching; Ed Han;

23  Summit Partners, LP; Technology Crossover Management VI, LLC; and Cascadia Capital, LLC.

24

25

26

27  ////

28  ////

1  Counsel for Tiny Prints will amend this disclosure if any such additional party is
2  identified.

3  Dated: April 18, 2008

                                           WEIL, GOTSHAL & MANGES LLP

                                           By: _/s/ Christopher J. Cox_
                                               CHRISTOPHER J. COX
                                               chris.cox@weil.com

                                           Attorneys for Plaintiff
                                           Tiny Prints, Inc.