| | |
|---|---|
| 1 | MATTHEW D. POWERS (Bar No. 104795) |
| | matthew.powers@weil.com |
| 2 | CHRISTOPHER J. COX (Bar No. 151650) |
| | chris.cox@weil.com |
| 3 | JOSEPH H. LEE (Bar No. 248046) |
| | joseph.lee@weil.com |
| 4 | WEIL, GOTSHAL & MANGES LLP |
| | Silicon Valley Office |
| 5 | 201 Redwood Shores Parkway |
| | Redwood Shores, CA 94065 |
| 6 | Telephone: (650) 802-3000 |
| | Facsimile: (650) 802-3100 |
| 7 | |
| 8 | Attorneys for Plaintiff Tiny Prints, Inc. |

E-FILING

ADR

Filed APR 18 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

Tiny Prints, Inc.,

    Plaintiff,

v.

Shutterfly, Inc.,

    Defendant.

Case No. C08 02050 MEJ

PLAINTIFF TINY PRINTS, INC.'S FEDERAL RULE OF CIVIL PROCEDURE RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), the undersigned counsel for Plaintiff Tiny Prints, Inc. ("Tiny Prints") hereby certifies that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Counsel for Tiny Prints will amend this disclosure if any such additional party is identified.

Dated: April 18, 2008

WEIL, GOTSHAL & MANGES LLP

By: /s/ Christopher J. Cox
CHRISTOPHER J. COX
chris.cox@weil.com

Attorneys for Plaintiff
Tiny Prints, Inc.