WEIL, GOTSHAL & MANGES LLP
Christopher J. Cox (151650)
chris.cox@weil.com
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Attorneys for Plaintiff
TINY PRINTS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TINY PRINTS, INC.

          Plaintiff(s),

v.

SHUTTERFLY, INC.

          Defendant(s).

No. C 08-02050 MEJ

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: June 13, 2008

Signature _____

Counsel for Plaintiff
(Plaintiff, Defendant, or indicate "pro se")