**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
———————

www.cand.uscourts.gov

Richard W. Wieking                                                General Court Number
Clerk                                                             415.522.2000

**June 30, 2008**

**CASE NUMBER: CV 08-02050 MEJ**
**CASE TITLE: TINY PRINTS, INC.-v-SHUTTERFLY, INC.**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable Vaughn R. Walker** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **VRW** immediately

after the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 6/30/08

                                                        FOR THE EXECUTIVE COMMITTEE:

                                                        _____/s/ Richard W. Wieking_____
                                                                                     Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies            Special Projects
Log Book Noted                           Entered in Computer 6/30/08 ha


CASE SYSTEMS ADMINISTRATOR:
Copies to: All Counsel                   Transferor CSA