AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Northern District of California

Tiny Prints, Inc.
Plaintiff
v.
Shutterfly, Inc.
Defendant

)
)
)  Civil Action No.
)
)
)

**Summons in a Civil Action**

To: Shutterfly, Inc.
*(Defendant's name)*

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Christopher J. Cox
Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: April 18, 08

Richard W. Wieking
Name of clerk of court

Deputy clerk's signature
Tiffany Salinas-Harwell

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint (and the documents itemized below) on defendant SHUTTERFLY, INC., 2800 Bridge Parkway, Suite 101, Redwood City, CA 94065 by:

(1) personally delivering a copy of each to the individual at this place, Laurie Holm, Paralegal; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____; or

(4) returning the summons unexecuted to the court clerk on _____.

Other documents served with the summons and complaint were:

1. Civil Cover Sheet
2. USDC Northern California ECF Registration Information Handout
3. Order Setting Initial Case Management Conference and ADR Deadlines
4. Notice of Trial Assignment to U.S. Magistrate Judge
5. Case Management Standing Order – Magistrate Judge Maria-Elena James
6. Standing Order re Discovery and Dispute Procedures – Magistrate Judge Maria-Elena James
7. Tiny Prints Rule 7.1 Statement
8. Tiny Prints Rule 3-16 Certification of Interested Entities or Persons
9. Reassignment Order to San Francisco Division – Honorable Vaughn R. Walker
10. Vaughn R. Walker Standing Orders – All Cases
11. Vaughn R. Walker – Pretrial Order (Civil)
12. Vaughn R. Walker – Order Setting Case Management Conference
13. ADR Dispute Resolution Procedures Handbook

My fees are $_____ for travel and $_____ for services, for a total of $ 0 .

Date: August 15, 2008

_____
Richard Mayo
Employee of Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065