1  MATTHEW D. POWERS (Bar No. 104795)
   matthew.powers@weil.com
2  CHRISTOPHER J. COX (Bar No. 151650)
   chris.cox@weil.com
3  JOSEPH H. LEE (Bar No. 248046)
   joseph.lee@weil.com
4  WEIL, GOTSHAL & MANGES LLP
   Silicon Valley Office
5  201 Redwood Shores Parkway
   Redwood Shores, CA 94065
6  Telephone: (650) 802-3000
   Facsimile: (650) 802-3100
7
   Attorneys for Plaintiff
8  Tiny Prints, Inc.

9              UNITED STATES DISTRICT COURT

10           NORTHERN DISTRICT OF CALIFORNIA

11              SAN FRANCISCO DIVISION

12

13  Tiny Prints, Inc.,                     Case No. C 08-02050 VRW

14                  Plaintiff,             **CERTIFICATE OF SERVICE**

15          v.

16  Shutterfly, Inc.,

17                  Defendant.

18

19         I declare that I am employed with the law firm of Weil, Gotshal & Manges LLP,

20  whose address is 201 Redwood Shores Parkway, Redwood Shores, California 94065-1175

21  (hereinafter "WGM"). I am not a party to the within cause, and I am over the age of eighteen

22  years. I further declare that on August 22, 2008, I served a copy of:

23

24         **CLERK'S NOTICE dated August 21, 2008 (scheduling Initial Case
           Management Conference for October 16, 2008 at 3:30 pm); Judge**
25         **Walker's Standing Orders: (1) Order Setting Case Management
           Conference; and (2) Standing Orders for All Cases – Docket Entry**
26         **#10**

27         **Court Staff Notification that Case Management Statement is due by
           October 9, 2008.**
28

1

2

3

⊠    **BY ELECTRONIC SERVICE** Pursuant to agreement between the parties, by electronically mailing a true and correct copy through WGM's electronic mail system to the email address(es) set forth in the service list below.

4

5

6

SHUTTERFLY, INC.
Laurie Holm, Paralegal
lholm@shutterfly.com
2800 Bridge Parkway
Redwood City, CA 94065

7

8

9

Executed on August 22, 2008 at Redwood Shores, California.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

10

11

_/s/ Elaine Gleason_
Elaine Gleason

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28