1  ANDREW E. MONACH (CA SBN 87891)
   AMonach@mofo.com
2  NICHOLAS S. NAPOLITAN
   NNapolitan@mofo.com (CA SBN 251762)
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California  94105-2482
   Telephone: 415.268.7000
5  Facsimile: 415.268.7522

6  Attorneys for Defendant
   SHUTTERFLY, INC.
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11

| 12 | Tiny Prints, Inc., | Case No.   C08 02050 VRW |
|---|---|---|
| 13 | Plaintiff, | **STIPULATION PURSUANT TO LOCAL RULE 6-1(a) RE EXTENSION OF TIME TO RESPOND TO COMPLAINT** |
| 14 | v. | |
| 15 | Shutterfly, Inc., | |
| 16 | Defendant. | Judge:  Hon. Vaughn R. Walker |

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION PURSUANT TO LOCAL RULE 6-1(a)
Case No. C08 02050 VRW
sf-2570372

1  Pursuant to Northern District Local Rule 6-1(a), it is hereby stipulated by and between
2  plaintiff Tiny Prints, Inc., and defendant Shutterfly, Inc., through their respective attorneys, that
3  the time by which defendant may plead or otherwise respond to the operative complaint shall be
4  extended to and including October 6, 2008.  There have been no previous modifications of any
5  deadlines in this case and the stipulated extension does not alter any event or deadline already in
6  this case.

8  Dated:  September 3, 2008

WEIL GOTSHAL & MANGES LLP

By:  /s/ Christopher J. Cox
     Christopher J. Cox

Attorneys for Plaintiff
TINY PRINTS, INC.

14  Dated:  September 3, 2008

MORRISON & FOERSTER LLP

By:  /s/ Andrew E. Monach
     Andrew E. Monach
     Nicholas S. Napolitan

Attorneys for Defendant
SHUTTERFLY, INC.

STIPULATION PURSUANT TO LOCAL RULE 6-1(a)
Case No. C08 02050 VRW
sf-2570372

<u>General Order 45 Attestation</u>

1. I, Andrew E. Monach, am the ECF User whose ID and password are being used to file this Stipulation Pursuant to Local Rule 6-1 Re Extension of Time to Respond to Complaint. In compliance with General Order 45, X.B., I hereby attest that Christopher J. Cox has concurred in this filing.

Dated: September 3, 2008

MORRISON & FOERSTER LLP

By: /s/ Andrew E. Monach
     Andrew E. Monach

Attorneys for Defendant
SHUTTERFLY, INC.

STIPULATION PURSUANT TO LOCAL RULE 6-1(a)
Case No. C08 02050 VRW
sf-2570372