MATTHEW D. POWERS (Bar No. 104795)
matthew.powers@weil.com
CHRISTOPHER J. COX (Bar No. 151650)
chris.cox@weil.com
JOSEPH H. LEE (Bar No. 248046)
joseph.lee@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Attorneys for Plaintiff
Tiny Prints, Inc.

*IT IS SO ORDERED*
*Judge Vaughn R Walker*
9/25/2008

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Tiny Prints, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Shutterfly, Inc., <br><br> Defendant. | Case No. C 08-02050 VRW <br><br> **NOTICE OF DISMISSAL PURSUANT TO FED. R. CIVL.P. 41(a)** |

No answer or motion for summary judgment having been served on plaintiff by defendant, plaintiff voluntarily dismisses this action without prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(i).

Dated: September 18, 2008     WEIL, GOTSHAL & MANGES LLP


By:  */s/ Christopher J. Cox*
　　　CHRISTOPHER J. COX

Attorneys for Plaintiff
Tiny Prints, Inc.

NOTICE OF DISMISSAL          1          Case No. C08-02050 VRW
SV1:\300089\01\6fjt01!.DOC\78001.0003